# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gordon, Andrew P. | U.S. District Court, Nevada | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Room 6018
Las Vegas, Nevada 89101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | National Institute for Trial Advocacy - teaching | $900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▨▨▨▨▨▨▨▨ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 9/17-20/19 | Boulder, CO | Teaching trial skills | Transportation, meals, lodging |
| 2. | State Bar of Nevada | 6/26-29/19 | Vail, CO | Teaching trial skills | Transportation, meals, lodging |
| 3. | Pepperdine University | 4/15/19 | Malibu, CA | Teaching clerkship skills | Transportation, meals |
| 4. | Howard McKibben Inn of Court | 4/9/19 | Reno, NV | Attend Inn of Court meeting | Transportation, meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. - Wells Fargo Advisors LLC (Cash Accounts) | A | Interest | N | T | | | | | |
| 3. Wells Fargo (Cash Accounts) | A | Interest | M | T | | | | | |
| 4. Charles Schwab (Cash Accounts) | A | Interest | M | T | | | | | |
| 5. Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 6. Walt Disney stock | A | Dividend | K | T | | | | | |
| 7. Franklin Templeton Age-Based 529 - Age 17-18 | A | Interest | | | Redeemed | 08/28/19 | J | D | |
| 8. iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 9. Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | B | Dividend | L | T | Sold (part) | 01/17/19 | J | | |
| 10. Apple | A | Dividend | J | T | Sold (part) | 10/28/19 | J | D | |
| 11. Cognizant Tech Solutions Class A | A | Dividend | J | T | | | | | |
| 12. CVS Health Corp | A | Dividend | J | T | Sold (part) | 12/27/19 | J | A | |
| 13. EGShares Emerging Markets Consu ETF | A | Dividend | K | T | Buy (add'l) | 01/31/19 | J | | |
| 14. Google Inc. | | None | J | T | | | | | |
| 15. Invesco (formerly Guggenheim) Bulletshares 2020 Corp Bond ETF | A | Dividend | K | T | Buy (add'l) | 08/14/18 | J | | |
| 16. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 17. | | | | | Sold (part) | 02/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco (formerly Guggenheim) S&P 500 Equalwei Tech ETF (Y) | | | | | | | | | |
| 19. Invesco (formerly Guggenheim) S&P 500 Equalwei Con ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 20. Invesco (formerly Guggenheim) S&P 500 Equalwei Eng ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 21. Invesco (formerly Guggenheim) S&P 500 Equalwei Fin ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 22. Invesco (formerly Guggenheim) S&P 500 Equalwei HC ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 23. Invesco (formerly Guggenheim) S&P 500 Equalwei ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 24. IShares National AMT Freemuni ETF | A | Dividend | M | T | | | | | |
| 25. Qualcom Inc. | A | Dividend | J | T | Sold (part) | 01/22/19 | J | D | |
| 26. United Healthgroup Inc. | A | Dividend | J | T | Sold (part) | 01/22/19 | J | C | |
| 27. Valero Energy Corp | A | Dividend | J | T | | | | | |
| 28. First Trust North American Energy ETF | A | Dividend | K | T | Sold (part) | 08/09/19 | J | C | |
| 29. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 30. IShares ETF Ibonds Sep 2020 AMT | A | Dividend | M | T | | | | | |
| 31. Select Sector Industrial SPDR ETF | A | Dividend | K | T | | | | | |
| 32. Technology Select Sector | A | Dividend | K | T | | | | | |
| 33. Egshares ETF India Infastructure | A | Dividend | | | Distributed | 06/21/19 | J | D | |
| 34. Western Digital Corp. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia India Consumer ETF | A | Dividend | J | T | | | | | |
| 36. iShares MSCI Cap Invest Ireland | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 37. iShares MSCI Sweden ETF | A | Dividend | K | T | Buy (add'l) | 08/07/19 | J | | |
| 38. iShares IBD DC 2022 Term MNBD ETF | A | Dividend | M | T | | | | | |
| 39. Select STR Financial SPDR ETF | A | Dividend | K | T | | | | | |
| 40. Vanguard Consumer Staples ETF | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 41. Invesco (formerly Guggenheim) Bullet 2022 | A | Dividend | J | T | | | | | |
| 42. Pimco 1-5 Year US Tips Index ETF | A | Dividend | J | T | | | | | |
| 43. iShares IBonds Dec. 2019 Term CRP ETF | A | Dividend | K | T | | | | | |
| 44. iShares IBonds Dec. 2021 Term CRP ETF | A | Dividend | J | T | | | | | |
| 45. iShares IBonds Dec. 2023 Term CRP ETF | A | Dividend | | | Sold | 06/18/19 | J | B | |
| 46. iShares IBonds Dec. 2024 Term ETF | A | Dividend | | | Sold | 06/18/19 | J | B | |
| 47. ETFs Gold Trust ETF | | None | J | T | Sold (part) | 08/07/19 | J | B | |
| 48. Digital Realty Trust | A | Dividend | J | T | | | | | |
| 49. IShares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 50. Invesco (formerly Powershares) FTSE Intl LWBT ETF | A | Dividend | J | T | Buy (add'l) | 08/08/19 | J | | |
| 51. | | | | | Sold (part) | 11/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gordon, Andrew P. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ETFs Silver Trust ETF | | None | J | T | Buy (add'l) | 01/31/19 | J | | |
| 53. | | | | | Sold (part) | 08/07/19 | J | A | |
| 54. Ventas Inc | A | Dividend | | | Sold | 01/22/19 | J | A | |
| 55. Booking Holdings Inc. (formerly Priceline Group) | | None | J | T | Sold (part) | 01/22/19 | J | A | |
| 56. Make My Trip Limited | | None | J | T | | | | | |
| 57. Energy Select Sector SPDR ETF | A | Dividend | | | Sold | 06/27/19 | J | | |
| 58. Ishares IBonds Dec. 2023 Muni Bond ETF | A | Interest | L | T | | | | | |
| 59. Ishares MSCI Singapore | A | Dividend | J | T | | | | | |
| 60. Ishares MSCI Thailand | A | Dividend | | | Sold | 02/27/19 | J | A | |
| 61. Select Sector Health Care SPDR ETF | A | Dividend | J | T | | | | | |
| 62. Select Sector Utilities SPDR ETF | A | Dividend | K | T | | | | | |
| 63. Vanguard Consumer Discretionary ETF | A | Dividend | J | T | Sold (part) | 01/17/19 | J | A | |
| 64. Vanguard Financials ETF | A | Dividend | J | T | | | | | |
| 65. Wisdom Tree Floating Rate Treasury ETF | A | Dividend | | | Buy (add'l) | 01/31/19 | J | | |
| 66. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 67. | | | | | Sold | 11/04/19 | J | | |
| 68. XTrackers MSCI ALCha EQY ETF | A | Dividend | | | Buy (add'l) | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold | 03/22/19 | K | B | |
| 70. | Invesco S&P 500 Equal Weight Real Estate ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 71. | Invesco S&P 500 Equal Weight Technology ETF | A | Dividend | | | Sold | 01/31/19 | J | D | |
| 72. | Invesco S&P 500 Equal Weight Utilities ETF | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 73. | Columbia Sportwear | A | Dividend | J | T | | | | | |
| 74. | HCA Healthcare Inc. (Y) | | | | | | | | | |
| 75. | US Treasury Bill 19 U.S. T-Bill Due 6/20/19 | | None | | | Matured | 06/20/19 | J | D | |
| 76. | Clark County, NV SD 5% 19 GO LTX Due 6/15/19 | C | Interest | | | Matured | 06/15/19 | J | | |
| 77. | IShares MSCI India | | None | | | Buy | 06/27/19 | J | | |
| 78. | | | | | | Sold | 12/11/19 | J | A | |
| 79. | Invesco S&P Pure Growth | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 80. | Invesco S&P Pure Value | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 81. | Invesco India ETF | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 82. | IShares MSCI Mexico | A | Dividend | J | T | Buy | 06/12/19 | J | | |
| 83. | IShares MSCI Malaysia | A | Dividend | J | T | Buy | 02/27/19 | J | | |
| 84. | | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 85. | IShares Floating Rate | A | Dividend | J | T | Buy | 06/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gordon, Andrew P.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Schwab US Large Growth | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 87. Schwab Short Term Treas | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 88. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 89. Schwab US Large Cap Vallue | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 90. Communication SVS SLCT SEC | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 91. Enbridge | A | Dividend | J | T | Buy | 06/27/19 | J | | |
| 92. Vanguard FTSE | A | Dividend | J | T | Buy | 11/04/19 | K | | |
| 93. Hitachi Ltd | | None | J | T | Buy | 12/11/19 | J | | |
| 94. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 95. Novartis | | None | J | T | Buy | 07/17/19 | J | | |
| 96. Pioneer Natural Resources | A | Dividend | J | T | Buy | 06/22/19 | J | | |
| 97. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 98. Roche Holding | | None | J | T | Buy | 07/17/19 | J | | |
| 99. Total SA | | None | J | T | Buy | 10/23/19 | J | | |
| 100. Vaneck Vector Vietnam | A | Dividend | J | T | Buy | 11/24/19 | J | | |
| 101. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 102. XTrackers Hrvst CSI 300 China A Shr. ETF | A | Dividend | K | T | Buy | 03/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gordon, Andrew P.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Allergen | A | Dividend | | | Buy | 01/17/19 | K | | |
| 104. | | | | | Sold | 07/17/19 | K | A | |
| 105.  Invesco Bulletshares 2019 Corporate Bond ETF (X) | A | Dividend | | | Buy | 08/10/18 | J | | |
| 106. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 107. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 108. | | | | | Sold | 10/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gordon, Andrew P.** | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 1 and 2 re Trust #1: I and _____ are co-trustees of a trust that has been segregated into four cash accounts, one for each of me and three of _____. The aggregate amount of those combined cash accounts is reflected in Column C(1). My separate account would be a Category M.

2) Part VII, line 15 (Guggenheim Bulletshares 2020 Corp. Bond ETF) : I discovered that in 2018 I made an additional purchase of this asset that was not included in last year's report. So I am including that transaction in this report.

3) Part VII, line 18 (Guggenheim S&P 500 Equal Weight Technology ETF): I discovered that in 2018 this asset had a name change to Invesco S&P 500 Equal Weight Technology ETF, which I listed in last year's report. Thus, last year I inadvertently reported the same asset twice under different names.

4) Part VII, line 33 (Egshares ETF India): This asset was liquidated as part of a corporate action and cash paid out.

5) Part VII, line 74 (HCA): I purchsaed this stock in 2018 as a Christmas gift for _____. I transferred it _____ in 2019.

6) Part VII, line 105 (Invesco Bulletshares 2019 Corporate Bond ETF): I discovered that I originally purchased this asset in 2018, but did not report it on last year's report. So I am adding it here, along with transactions from this year.

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544